```
                  UNITED STATES DISTRICT COURT
                           FOR THE
                      DISTRICT OF VERMONT

Stephen Bain,                       :
         Plaintiff,                 :
                                    :
         v.                         : File No. 2:07 CV 70
                                    :
Corrections Corporation of          :
America, Dr. Wade Warren,           :
Dr. Lippman, John Ferguson,         :
R.N. Cogburn, Fred Figueroa,        :
Brent Crouse, and John and          :
Jane Doe, Robert Hofman,            :
Dr. Kaczmerck, Mr. Looney,          :
Oklahoma Department of              :
Corrections, Vermont Department     :
of Corrections,                     :
         Defendants.                :
```

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed February 13, 2008. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

It is hereby ordered that all claims against defendants Robert Hofman and the Vermont Department of Corrections are **DISMISSED**. The remainder of this case, including the defendants' motion to dismiss and Bain's motion to strike portions of that motion, are **TRANSFERRED** to the United States District Court for the Western District of Oklahoma pursuant to

28 U.S.C. §1406.

Dated at Burlington, in the District of Vermont, this 7th day of March, 2008.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge